

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

The State of Texas, Appellant

No. 06-15-00037-CR       v.

Erica Lynn Fuller, Appellee

Appeal from the 6th District Court of Lamar County, Texas (Tr. Ct. No. 25545).  Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Moseley participating.

  As stated in the Court's opinion of this date, we find reversible error in the order of the court below.  Therefore, we reverse the order of the trial court and remand to the trial court with instructions to enter a judgment of conviction according to the jury's verdict and to proceed with a punishment trial.

  We further order that the appellee, Erica Lynn Fuller, pay all costs of this appeal.

RENDERED NOVEMBER 20, 2015
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk